728

No. 886. DiGiovanni et al. v. Camden Fire Insurance Assn. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Harry L. Jacobs* for petitioners. *Mr. James N. Beery* for respondent.

No. 956. Moor v. Texas & New Orleans Railroad Co. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Thornton Hardie, Henry Eastman Hackney,* and *Ben R. Howell* for petitioner. *Messrs. Jules H. Tallichet, Maury Kemp,* and *M. Nagle* for respondent.

No. 787. United States v. Fidelity & Deposit Co. See *ante,* p. 719.

No. 965. Legg v. St. John, Trustee. May 27, 1935. The motion for leave to proceed further herein *in forma pauperis* is granted. The petition for writ of certiorari is also granted. *Mr. Henry Roberts* for petitioner. No appearance for respondent.

No. 898. Graham v. White-Phillips Co., Inc. May 27, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. James J. Barbour* and *W. Edgar Sampson* for petitioner. *Messrs. William L. Patton* and *Harold A. Smith* for respondent.

No. 931. Del Vecchio et al. v. Bowers. May 27, 1935. Petition for writ of certiorari to the United States